LEE, C.J., DISSENTING:
 

 ¶ 51. I join in Judge Westbrooks's dissent, but I write separately to emphasize that it is our standard of review that compels me to do so. "When reviewing the circuit court's fact-based findings, we only examine whether the circuit court abused its discretion and whether the record contained substantial credible evidence to support the decision."
 
 Booth v. Williams
 
 ,
 
 200 So.3d 1053
 
 , 1061 (¶ 26) (Miss. Ct. App. 2016). While the particular facts of this case are such that I may have decided it differently, our law precludes me from doing so. Our standard of review dictates that "we must affirm the [circuit court's] decision, regardless of what any of us individually might have ruled had we been the judge, unless there is a definite and firm conviction that the court below committed clear error."
 
 Ferguson v. Univ. of Miss. Med. Ctr
 
 .,
 
 179 So.3d 1060
 
 , 1064 (¶ 17) (Miss. 2015) (internal quotation marks omitted). After reviewing the record, I cannot agree with the majority that the circuit court abused its discretion or that there was not substantial credible evidence to support its findings. As such, I would affirm the judgment of the circuit court and thus, respectfully dissent.
 

 ISHEE AND WESTBROOKS, JJ., JOIN THIS OPINION.